IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM ALDWIN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:04cv1029-MHT |
| ) | (WO) |
| CHAPLAIN DANNY RIEBEN, ) | |
| CHAPLAIN STEVE WALKER, and ) | |
| WARDEN J.C. GILES, ) | |
| ) | |
| Defendants. ) | |

OPINION

Plaintiff William Aldwin Jones charges that the defendants, Alabama prison official, violated his right to practice his religion while he was in prison.  The magistrate judge has recommended that the defendants' motions for summary judgment should be granted, and Jones has not objected to the recommendation.  After an independent and de novo review of the record, the court agrees with the magistrate judge.  At bottom, as to Jones's principal claim, he has not shown a "substantial burden," Smith v. Allen, 502 F.3rd 1255, 1277 (11th Cir.

2007), on his ability to play music at the Moorish Science Temple religious services.

An appropriate judgment will be entered.

DONE, this the 2nd day of September, 2008.

                          /s/ Myron H. Thompson  
                        UNITED STATES DISTRICT JUDGE